**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-26416-LEIBOWITZ**

**ROBERTO ESCALANTE DURAN,**

*Plaintiff*,

*v.*

**SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,**

*Defendants.*

_______________________________________/

# ORDER

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice. [ECF No. 6]. Being fully advised, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED** ***with prejudice***. The Clerk is **DIRECTED** to **CLOSE** this case. All deadlines are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on November 24, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record